No. 89–1623.   GARDNER v. NEWSDAY, INC.   C. A. 2d Cir. Certiorari denied.   JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE BLACKMUN would grant certiorari.

No. 89–1627.   BATCH v. TOWN OF CHAPEL HILL, NORTH CAROLINA.   Sup. Ct. N. C.   Motions of Pacific Legal Foundation and National Association of Home Builders for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 89–1651.   EUGENE D., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT FRIEND, OLIVIA D. v. KARMAN ET AL.   C. A. 6th Cir.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.

No. 89–6223.   BITTAKER v. CALIFORNIA.   Sup. Ct. Cal.;
No. 89–6886.   RUIZ v. ILLINOIS.   Sup. Ct. Ill.;
No. 89–7056.   BLACKMON v. TEXAS.   Ct. Crim. App. Tex.;
No. 89–7201.   COLEMAN v. OKLAHOMA.   Ct. Crim. App. Okla.;
No. 89–7253.   ELMORE v. SOUTH CAROLINA.   Sup. Ct. S. C.; and
No. 89–7275.   MCCOLLUM v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.   Reported below: No. 89–6223, 48 Cal. 3d 1046, 774 P. 2d 659; No. 89–6886, 132 Ill. 2d 1, 547 N. E. 2d 170; No. 89–7056, 775 S. W. 2d 649; No. 89–7253, 300 S. C. 130, 386 S. E. 2d 769; No. 89–7275, 533 N. E. 2d 1215.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–7289.   MERRILL v. MINNESOTA.   Sup. Ct. Minn.   Motion of Minnesota Civil Liberties Union for leave to file a brief as *amicus curiae* granted.   Certiorari denied.